# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00254-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER DE'LANIO TAYLOR | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is Defendant Christopher De'Lanio Taylor's ("Taylor") letter motion seeking clarification of his jail credit. See Record Document 42. Taylor argues that the Bureau of Prisons is not giving him his full jail credit and that he should be awarded credit starting from September 22, 2016. See id. at 2.

The governing statute is Title 18, United States Code, Section 3585(b), which provides:

> (b) Credit for Prior Custody.—A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences—
>
> (1) as a result of the offense for which the sentence was imposed; or
>
> (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
>
> that has not been credited against another sentence.

18 U.S.C. § 3585(b). "Only the Attorney General, through the BOP, may compute a prisoner's credits." Pierce v. Holder, 614 F.3d 158, 160 (5th Cir. 2010) (citing U.S. v. Wilson, 503 U.S. 329, 334–35, 112 S. Ct. 1351, 1354–55 (1992)).

Here, Taylor should exhaust his administrative remedies within the BOP. See Wilson, 503 U.S. at 335, 112 S. Ct. at 1355. If he believes he has not been given proper credit toward his federal sentence at the conclusion of the administrative proceeding, then

Taylor can challenge the Bureau of Prison's calculation in a petition pursuant to 28 U.S.C. § 2241. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir. 2000); U.S. v. Garcia-Gutierrez, 835 F.2d 585, 586 (5th Cir. 1998). Thus, at this stage, the Court will not clarify Taylor's sentence further and the letter motion (Record Document 42) seeking clarification of jail credit is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 12th day of March, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT